Douglas James ALWARD, Petitioner,

v.

The PEOPLE of the State of
Colorado, Respondent.

No. 82 SC 274.

Supreme Court of Colorado,
En Banc.

March 13, 1984.

Jody Sorenson Theis, Deputy State Public Defender, for petitioner.

Maureen Phelan, Asst. Atty. Gen., for respondent.

ORDER OF COURT

Upon consideration of the record on appeal and briefs filed herein, and having heard the oral arguments of counsel,

It Is This Day Ordered that the Petition for Writ of Certiorari shall be, and the same hereby is, Dismissed as improvidently granted.